# United States District Court
## Southern District of Georgia

TONY A. FAIR, JR,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-104

DEPUTY REED; DEPUTY WASHINGTON;
LIEUTENANT SHIFT UNKNOWN; and
DEPUTY UNKNOWN,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 6, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed without prejudice. This case stands closed.



09/06/2018                          Scott L. Poff
*Date*                                   *Clerk*

                                                    /s/ Jamie Hodge
                                                    *(By) Deputy Clerk*